No. 332. BOESCHE, ADMINISTRATOR, *v.* UDALL, SECRE-
TARY OF THE INTERIOR. The petition for writ of certiorari
to the United States Court of Appeals for the District
of Columbia Circuit is granted limited to the question
presented by the petition which reads as follows:

"Whether the Secretary of the Interior has authority
under Section 31 of the Mineral Leasing Act, as amended,
to cancel oil and gas leases by administrative action, for
failure to comply with the Department's regulations."

*Lewis E. Hoffman* and *Leon BenEzra* for petitioner.
*Solicitor General Cox, Roger P. Marquis* and *A. Donald
Mileur* for respondent.

No. 127, Misc. ANDERSON *v.* KENTUCKY. Motion for
leave to proceed *in forma pauperis* and petition for writ
of certiorari to the Court of Appeals of Kentucky granted.
Case transferred to the appellate docket. *John Y. Brown*
and *Frank E. Haddad, Jr.* for petitioner. *John B. Breck-
inridge,* Attorney General of Kentucky, and *Ray Corns,*
Assistant Attorney General, for respondent.

No. 241. TORPATS *v.* McCONE, DIRECTOR OF CENTRAL
INTELLIGENCE AGENCY. United States Court of Appeals
for the District of Columbia Circuit. Certiorari denied.
*Byron N. Scott* for petitioner. *Solicitor General Cox,
Acting Assistant Attorney General Guilfoyle* and *Alan S.
Rosenthal* for respondent.